IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 20-34408 |
| | § | |
| KEIV HOSPITALITY, LLC, ET AL., | § | CHAPTER 11 |
| | § | |
| DEBTOR | § | JOINTLY ADMINISTERED |

**BALLOT FOR:**
**KEIVANS HOSPITALITY, INC'S PLAN OF REORGANIZATION**

The proposed *Debtor's Plan of Reorganization* (the "Plan") filed by Keivans Hospitality, Inc. on January 15, 2021 can be confirmed by the Court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class voting on the Plan. If the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of § 1129(b) of the Bankruptcy Code.

To have your vote on the Plan count, you must complete and return this Ballot as directed below. Only holders of claims in Classes 1, 2, 4 and 5 (each a "Voting Class") may vote.

## ACCEPTANCE OR REJECTION OF PLAN

I hereby certify that I am a Holder of a Claim or Interest in one of the following classes:

| Check One Box | Class | Claims and Interests | Status | Dollar Amount of Allowed Claim |
|---|---|---|---|---|
| [__] | Class 1 | Allowed Ad Valorem Tax Claims | Impaired | $_____ |
| [__] | Class 2 | Allowed U.S. Bank Claim | Impaired | $_____ |
| [__] | Class 4 | Allowed Cure Claim of Hilton Worldwide | Impaired | $_____ |
| [__] | Class 5 | Allowed Unsecured Claims | Impaired | $_____ |

As a Holder of a Claim in a Voting Class, I hereby vote as follows (check only one box):

❑ **Accept the Plan**

❑ **Reject the Plan**

Dated: _____ ___, 2021.


_____                _____
Name of Claim Holder                          Holder's Address

_____                _____
(signature)                                   City, State, Zip Code

_____
Name and Title of Person Signing
For Claim or Interest Holder

**Ballots accepting or rejecting the Plan must be received by the Debtors by February____, 2021, the Voting Deadline. Ballots must be received by the Debtors on or prior to the Voting Deadline by (a) mail, (b) overnight delivery, (c) hand delivery, or (d) email, as follows:**

**OKIN ADAMS LLP**
**Attn: Timothy L. Wentworth**
**1113 Vine St., Suite 240**
**Houston, Texas 77002**
**twentworth@okinadams.com**

**Except as otherwise provided herein, a Ballot will not be counted if it is received by the Debtors after the Voting Deadline. Votes will be irrevocable after the Voting Deadline, unless the Court, after application, notice, and hearing, permits a change of vote.**

**A BALLOT DOES NOT CONSTITUTE A VALID PROOF OF CLAIM IN THIS BANKRUPTCY CASE.**