|  | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 |
| **INCOME** | | | | | | | | | | | | |
| Room Revenue | | | $119,200.00 | $137,500.00 | $145,600.00 | $154,700.00 | $163,800.00 | $163,800.00 | $163,800.00 | $191,100.00 | $191,100.00 | $154,700.00 |
| Restaurant & Liquor Sales | | | $6,000.00 | $7,500.00 | $8,000.00 | $8,500.00 | $9,000.00 | $9,000.00 | $9,000.00 | $10,500.00 | $10,500.00 | $8,500.00 |
| Misc Sales/ Meeting Rm & Suite Shop | | | $4,800.00 | $6,000.00 | $6,400.00 | $6,800.00 | $7,200.00 | $7,200.00 | $7,200.00 | $8,400.00 | $8,400.00 | $6,800.00 |
| Net Income | | | $130,000.00 | $151,000.00 | $160,000.00 | $170,000.00 | $180,000.00 | $180,000.00 | $180,000.00 | $210,000.00 | $210,000.00 | $170,000.00 |
| **EXPENSES** | | | | | | | | | | | | |
| Net Payroll incl. Payroll taxes | | | $45,000.00 | $45,000.00 | $46,000.00 | $50,000.00 | $53,000.00 | $53,000.00 | $53,000.00 | $57,000.00 | $57,000.00 | $48,000.00 |
| Office & Administrative Expenses | | | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 |
| Credit Card Fees/Other Dues & Taxes | | | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| Franchise Fees/Royalties/Commission Hilton | | | $12,012.00 | $15,015.00 | $16,016.00 | $17,017.00 | $18,018.00 | $18,018.00 | $18,018.00 | $21,021.00 | $21,021.00 | $17,017.00 |
| Utilities (Electricity, Water, Gas, Trash) | | | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 |
| Insurance(Health & Building) | | | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 |
| Repairs & Maintenance | | | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 |
| Supplies/Chemicals | | | $6,552.00 | $7,190.00 | $8,736.00 | $9,282.00 | $9,828.00 | $9,828.00 | $9,828.00 | $11,465.00 | $11,465.00 | $9,282.00 |
| Food/Liquor Costs | | | $1,260.00 | $1,575.00 | $1,680.00 | $1,785.00 | $1,890.00 | $1,890.00 | $1,890.00 | $2,205.00 | $2,205.00 | $1,785.00 |
| Legal/Accounting | | | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 |
| Telephone/Cable/Internet | | | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 |
| **TOTAL EXPENSES** | | | $90,724.00 | $94,680.00 | $98,332.00 | $103,984.00 | $108,636.00 | $108,636.00 | $108,636.00 | $117,591.00 | $117,591.00 | $101,984.00 |
| **PLAN PAYMENTS    CLASS** | | | | | | | | | | | | |
| 2  Allowed Secured Claims of PNC Bank | | | | | | | | | | | | |
| Principal and Interest on Loan | | | $43,300.00 | $43,300.00 | $43,300.00 | $43,300.00 | $43,300.00 | $43,300.00 | $43,300.00 | $43,300.00 | $43,300.00 | $43,300.00 |
| Property Tax and Insurance | | | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 |
| 2 Secured Claims SBA Loan | | | $ - | $ - | $731.00 | $731.00 | $731.00 | $731.00 | $731.00 | $731.00 | $731.00 | $731.00 |
| Unsecured Creditors | | | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 |
| Hilton Pre-petition franchise fees | | | $ - | $ - | $ - | $11,079.73 | $11,079.73 | $11,079.73 | $11,079.73 | $11,079.73 | $11,079.73 | $ - |
| **TOTAL PLAN PAYMENTS** | | | $60,479.69 | $60,479.69 | $61,210.69 | $72,290.42 | $72,290.42 | $72,290.42 | $72,290.42 | $72,290.42 | $72,290.42 | $61,210.69 |
| **NET INCOME** | | | $(21,203.69) | $(4,159.69) | $457.31 | $(6,274.42) | $(926.42) | $(926.42) | $(926.42) | $20,118.58 | $20,118.58 | $6,805.31 |
| **CUMULATIVE INCOME** | | | $(21,203.69) | $(25,363.38) | $(24,906.07) | $(31,180.49) | $(32,106.91) | $(33,033.33) | $(33,959.75) | $(13,841.17) | $6,277.41 | $13,082.72 |

| | January Month 13 | February Month 14 | March Month 15 | April Month 16 | May Month 17 | June Month 18 | July Month 19 | August Month 20 | September Month 21 | October Month 22 | November Month 23 | December Month 24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME** | | | | | | | | | | | | |
| Room Revenue | $154,700.00 | $163,800.00 | $172,900.00 | $200,200.00 | $209,300.00 | $200,200.00 | $182,000.00 | $172,900.00 | $163,800.00 | $209,300.00 | $227,500.00 | $163,800.00 |
| Restaurant & Liquor Sales | $8,500.00 | $9,000.00 | $9,500.00 | $11,000.00 | $11,500.00 | $11,000.00 | $10,000.00 | $9,500.00 | $9,000.00 | $11,500.00 | $12,500.00 | $9,000.00 |
| Misc Sales/ Meeting Rm & Suite Shop | $6,800.00 | $7,200.00 | $7,600.00 | $8,800.00 | $9,200.00 | $8,800.00 | $8,000.00 | $7,600.00 | $7,200.00 | $9,200.00 | $10,000.00 | $7,200.00 |
| Net Income | $170,000.00 | $180,000.00 | $190,000.00 | $220,000.00 | $230,000.00 | $220,000.00 | $200,000.00 | $190,000.00 | $180,000.00 | $230,000.00 | $250,000.00 | $180,000.00 |
| **EXPENSES** | | | | | | | | | | | | |
| Net Payroll incl. Payroll taxes | $50,000.00 | $55,000.00 | $57,000.00 | $62,000.00 | $63,000.00 | $62,000.00 | $58,000.00 | $57,000.00 | $55,000.00 | $63,000.00 | $64,000.00 | $55,000.00 |
| Office & Administrative Expenses | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 |
| Credit Card Fees/Other Dues & Taxes | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| Franchise Fees/Royalties/Commission Hilton | $17,017.00 | $18,018.00 | $19,019.00 | $22,022.00 | $23,023.00 | $22,022.00 | $22,000.00 | $19,019.00 | $18,018.00 | $22,022.00 | $25,025.00 | $18,018.00 |
| Utilities (Electricity, Water, Gas, Trash) | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 |
| Insurance(Health & Building) | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 |
| Repairs & Maintenance | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 |
| Supplies/Chemicals | $9,282.00 | $9,828.00 | $10,374.00 | $12,012.00 | $12,558.00 | $12,012.00 | $12,000.00 | $10,374.00 | $9,828.00 | $12,012.00 | $13,650.00 | $9,828.00 |
| Food/Liquor Costs | $1,785.00 | $1,890.00 | $1,990.00 | $2,310.00 | $2,415.00 | $2,310.00 | $2,100.00 | $1,990.00 | $1,890.00 | $2,310.00 | $2,625.00 | $1,890.00 |
| Legal/Accounting | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 |
| Telephone/Cable/Internet | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 |
| **TOTAL EXPENSES** | $103,984.00 | $110,636.00 | $114,283.00 | $124,244.00 | $126,896.00 | $124,244.00 | $120,000.00 | $114,283.00 | $110,636.00 | $125,244.00 | $131,200.00 | $110,636.00 |
| **PLAN PAYMENTS   CLASS** | | | | | | | | | | | | |
| 2  Allowed Secured Claims of PNC Bank | | | | | | | | | | | | |
| Principal and Interest on Loan | $43,300.00 | $43,300.00 | $43,300.00 | $43,300.00 | $43,300.00 | $43,300.00 | $43,300.00 | $43,300.00 | $43,300.00 | $43,300.00 | $43,300.00 | $43,300.00 |
| Property Tax and Insurance | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 |
| 2  Secured Claims SBA Loan | $731.00 | $731.00 | $731.00 | $731.00 | $731.00 | $731.00 | $731.00 | $731.00 | $731.00 | $731.00 | $731.00 | $731.00 |
| Unsecured Creditors | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 |
| **TOTAL PLAN PAYMENTS** | $61,210.69 | $61,210.69 | $61,210.69 | $61,210.69 | $61,210.69 | $61,210.69 | $61,210.69 | $61,210.69 | $61,210.69 | $61,210.69 | $61,210.69 | $61,210.69 |
| **NET INCOME** | $4,805.31 | $8,153.31 | $14,506.31 | $34,545.31 | $41,893.31 | $34,545.31 | $18,789.31 | $14,506.31 | $8,153.31 | $43,545.31 | $57,589.31 | $8,153.31 |
| **CUMULATIVE INCOME** | $19,864.62 | $28,017.93 | $42,524.24 | $77,069.55 | $118,962.86 | $153,508.17 | $172,297.48 | $186,803.79 | $194,957.10 | $238,502.41 | $296,091.72 | $304,245.03 |

| | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Month 25 | Month 26 | Month 27 | Month 28 | Month 29 | Month 30 | Month 31 | Month 32 | Month 33 | Month 34 | Month 35 | Month 36 |
| **INCOME** | | | | | | | | | | | | |
| Room Revenue | $195,000.00 | $190,000.00 | $220,000.00 | $250,000.00 | $240,000.00 | $240,000.00 | $220,000.00 | $210,000.00 | $200,000.00 | $250,000.00 | $270,000.00 | $200,000.00 |
| Misc Sales (Meeting/Suite Shop) | | | | | | | | | | | | |
| Other Income | | | | | | | | | | | | |
| Net Income | $195,000.00 | $190,000.00 | $220,000.00 | $250,000.00 | $240,000.00 | $240,000.00 | $220,000.00 | $210,000.00 | $200,000.00 | $250,000.00 | $270,000.00 | $200,000.00 |
| **EXPENSES** | | | | | | | | | | | | |
| Net Payroll incl. Payroll taxes | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 |
| Office & Administrative Expenses | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 |
| Credit Card Fees/Other Dues & Taxes | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| Franchise Fees/Royalties/Commission Hilton | $9,100.00 | $9,100.00 | $9,100.00 | $9,100.00 | $9,100.00 | $9,100.00 | $9,100.00 | $9,100.00 | $9,100.00 | $9,100.00 | $9,100.00 | $9,100.00 |
| Utilities (Electricity, Water, Gas, Trash) | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 |
| Insurance(Health & Building) | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 |
| Repairs & Maintenance | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 |
| Supplies/Chemicals | $5,300.00 | $5,300.00 | $5,300.00 | $5,300.00 | $5,300.00 | $5,300.00 | $5,300.00 | $5,300.00 | $5,300.00 | $5,300.00 | $5,300.00 | $5,300.00 |
| Food/Liquor Costs | $3,800.00 | $3,800.00 | $3,800.00 | $3,800.00 | $3,800.00 | $3,800.00 | $3,800.00 | $3,800.00 | $3,800.00 | $3,800.00 | $3,800.00 | $3,800.00 |
| Legal/Accounting | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 |
| Telephone/Cable/Internet | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 |
| **TOTAL EXPENSES** | $86,100.00 | $86,100.00 | $86,100.00 | $86,100.00 | $86,100.00 | $86,100.00 | $86,100.00 | $86,100.00 | $86,100.00 | $86,100.00 | $86,100.00 | $86,100.00 |
| **PLAN PAYMENTS   CLASS** | | | | | | | | | | | | |
| N/A  Administrative Expenses and US Trustee Fees | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 |
| 2  Allowed Secured Claims of PNC Bank | | | | | | | | | | | | |
| Principal and Interest on Loan | $43,300.00 | $43,300.00 | $43,300.00 | $43,300.00 | $43,300.00 | $43,300.00 | $43,300.00 | $43,300.00 | $43,300.00 | $43,300.00 | $43,300.00 | $43,300.00 |
| Property Tax and Insurance | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 |
| 2  Secured Claims SBA Loan | $731.00 | $731.00 | $731.00 | $731.00 | $731.00 | $731.00 | $731.00 | $731.00 | $731.00 | $731.00 | $731.00 | $731.00 |
| Unsecured Creditors | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 |
| **TOTAL PLAN PAYMENTS** | $61,760.69 | $61,760.69 | $61,760.69 | $61,760.69 | $61,581.00 | $61,760.69 | $61,760.69 | $61,760.69 | $61,760.69 | $61,760.69 | $61,760.69 | $61,760.69 |
| **NET INCOME** | $47,139.31 | $42,139.31 | $72,139.31 | $102,139.31 | $92,319.00 | $92,139.31 | $72,139.31 | $62,139.31 | $52,139.31 | $102,139.31 | $122,139.31 | $52,139.31 |
| **CUMULATIVE INCOME** | $920,099.00 | $962,238.31 | $1,034,377.62 | $1,136,516.93 | $1,228,835.93 | $1,320,975.24 | $1,393,114.55 | $1,455,253.86 | $1,507,393.17 | $1,609,532.48 | $1,731,671.79 | $1,783,811.10 |

CHAPTER 11 DEBTOR PROJECTIONS                                                                KEIVANS HOSPITALITY INC 2024                                                                                                    PAGE

| | January<br>Month<br>37 | February<br>Month<br>38 | March<br>Month<br>39 | April<br>Month<br>40 | May<br>Month<br>42 | June<br>Month<br>43 | July<br>Month<br>44 | August<br>Month<br>45 | September<br>Month<br>46 | October<br>Month<br>47 | November<br>Month<br>48 | December<br>Month<br>49 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **INCOME** | | | | | | | | | | | | |
| Room Revenue | $250,000.00 | $ 290,000.00 | $ 290,000.00 | $ 330,000.00 | $ 270,000.00 | $ 290,000.00 | $ 250,000.00 | $ 250,000.00 | $ 240,000.00 | $ 280,000.00 | $ 280,000.00 | $ 220,000.00 |
| Misc Sales (Meeting/Suite Shop) | | | | | | | | | | | | |
| Other Income | | | | | | | | | | | | |
| Net Income | $ 250,000.00 | $ 290,000.00 | $ 290,000.00 | $ 330,000.00 | $ 270,000.00 | $ 290,000.00 | $ 250,000.00 | $ 250,000.00 | $ 240,000.00 | $ 280,000.00 | $ 280,000.00 | $ 220,000.00 |
| **EXPENSES** | | | | | | | | | | | | |
| Net Payroll incl. Payroll taxes | $ 42,000.00 | $ 42,000.00 | $ 42,000.00 | $ 42,000.00 | $ 42,000.00 | $ 42,000.00 | $ 42,000.00 | $ 42,000.00 | $ 42,000.00 | $ 42,000.00 | $ 42,000.00 | $ 42,000.00 |
| Office & Administrative Expenses | $ 900.00 | $ 900.00 | $ 900.00 | $ 900.00 | $ 900.00 | $ 900.00 | $ 900.00 | $ 900.00 | $ 900.00 | $ 900.00 | $ 900.00 | $ 900.00 |
| Credit Card Fees/Other Dues & Taxes | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 |
| Franchise Fees/Royalties/Commission Hilton | $ 9,100.00 | $ 9,100.00 | $ 9,100.00 | $ 9,100.00 | $ 9,100.00 | $ 9,100.00 | $ 9,100.00 | $ 9,100.00 | $ 9,100.00 | $ 9,100.00 | $ 9,100.00 | $ 9,100.00 |
| Utilities (Electricity, Water, Gas, Trash) | $ 7,000.00 | $ 7,000.00 | $ 7,000.00 | $ 7,000.00 | $ 7,000.00 | $ 7,000.00 | $ 7,000.00 | $ 7,000.00 | $ 7,000.00 | $ 7,000.00 | $ 7,000.00 | $ 7,000.00 |
| Insurance(Health & Building) | $ 4,200.00 | $ 4,200.00 | $ 4,200.00 | $ 4,200.00 | $ 4,200.00 | $ 4,200.00 | $ 4,200.00 | $ 4,200.00 | $ 4,200.00 | $ 4,200.00 | $ 4,200.00 | $ 4,200.00 |
| Repairs & Maintenance | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 |
| Supplies/Chemicals | $ 5,300.00 | $ 5,300.00 | $ 5,300.00 | $ 5,300.00 | $ 5,300.00 | $ 5,300.00 | $ 5,300.00 | $ 5,300.00 | $ 5,300.00 | $ 5,300.00 | $ 5,300.00 | $ 5,300.00 |
| Food/Liquor Costs | $ 3,800.00 | $ 3,800.00 | $ 3,800.00 | $ 3,800.00 | $ 3,800.00 | $ 3,800.00 | $ 3,800.00 | $ 3,800.00 | $ 3,800.00 | $ 3,800.00 | $ 3,800.00 | $ 3,800.00 |
| Legal/Accounting | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 |
| Telephone/Cable/Internet | $ 6,500.00 | $ 6,500.00 | $ 6,500.00 | $ 6,500.00 | $ 6,500.00 | $ 6,500.00 | $ 6,500.00 | $ 6,500.00 | $ 6,500.00 | $ 6,500.00 | $ 6,500.00 | $ 6,500.00 |
| **TOTAL EXPENSES** | $ 86,100.00 | $ 86,100.00 | $ 86,100.00 | $ 86,100.00 | $ 86,100.00 | $ 86,100.00 | $ 86,100.00 | $ 86,100.00 | $ 86,100.00 | $ 86,100.00 | $ 86,100.00 | $ 86,100.00 |
| **PLAN PAYMENTS   CLASS** | | | | | | | | | | | | |
| N/A  Administrative Expenses and US Trustee Fees | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 |
| 2  Allowed Secured Claims of PNC Bank | | | | | | | | | | | | |
| Principal and Interest on Loan | $ 43,300.00 | $ 43,300.00 | $ 43,300.00 | $ 43,300.00 | $ 43,300.00 | $ 43,300.00 | $ 43,300.00 | $ 43,300.00 | $ 43,300.00 | $ 43,300.00 | $ 43,300.00 | $ 43,300.00 |
| Property Tax and Insurance | $ 17,000.00 | $ 17,000.00 | $ 17,000.00 | $ 17,000.00 | $ 17,000.00 | $ 17,000.00 | $ 17,000.00 | $ 17,000.00 | $ 17,000.00 | $ 17,000.00 | $ 17,000.00 | $ 17,000.00 |
| 2  Secured Claims SBA Loan | $ 731.00 | $ 731.00 | $ 731.00 | $ 731.00 | $ 731.00 | $ 731.00 | $ 731.00 | $ 731.00 | $ 731.00 | $ 731.00 | $ 731.00 | $ 731.00 |
| Unsecured Creditors | $ 179.69 | $ 179.69 | $ 179.69 | $ 179.69 | $ 179.69 | $ 179.69 | $ 179.69 | $ 179.69 | $ 179.69 | $ 179.69 | $ 179.69 | $ 179.69 |
| **TOTAL PLAN PAYMENTS** | $ 61,760.69 | $ 61,760.69 | $ 61,760.69 | $ 61,760.69 | $ 61,760.69 | $ 61,760.69 | $ 61,760.69 | $ 61,760.69 | $ 61,760.69 | $ 61,760.69 | $ 61,760.69 | $ 61,760.69 |
| **NET INCOME** | $ 102,139.31 | $ 142,139.31 | $ 142,139.31 | $ 182,139.31 | $ 122,139.31 | $ 142,139.31 | $ 102,139.31 | $ 102,139.31 | $ 92,139.31 | $ 132,139.31 | $ 132,139.31 | $ 72,139.31 |
| **CUMULATIVE INCOME** | $ 975,099.00 | $ 1,117,238.31 | $ 1,259,377.62 | $ 1,441,516.93 | $ 1,563,656.24 | $ 1,705,795.55 | $ 1,807,934.86 | $ 1,910,074.17 | $ 2,002,213.48 | $ 2,134,352.79 | $ 2,266,492.10 | $ 2,338,631.41 |

| | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Month 37 | Month 38 | Month 39 | Month 40 | Month 42 | Month 43 | Month 44 | Month 45 | Month 46 | Month 47 | Month 48 | Month 49 |
| **INCOME** | | | | | | | | | | | | |
| Room Revenue | $250,000.00 | $290,000.00 | $290,000.00 | $330,000.00 | $270,000.00 | $290,000.00 | $250,000.00 | $250,000.00 | $240,000.00 | $280,000.00 | $280,000.00 | $220,000.00 |
| Misc Sales (Meeting/Suite Shop) | | | | | | | | | | | | |
| Other Income | | | | | | | | | | | | |
| Net Income | $250,000.00 | $290,000.00 | $290,000.00 | $330,000.00 | $270,000.00 | $290,000.00 | $250,000.00 | $250,000.00 | $240,000.00 | $280,000.00 | $280,000.00 | $220,000.00 |
| **EXPENSES** | | | | | | | | | | | | |
| Net Payroll incl. Payroll taxes | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 |
| Office & Administrative Expenses | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 |
| Credit Card Fees/Other Dues & Taxes | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| Franchise Fees/Royalties/Commission Hilton | $9,100.00 | $9,100.00 | $9,100.00 | $9,100.00 | $9,100.00 | $9,100.00 | $9,100.00 | $9,100.00 | $9,100.00 | $9,100.00 | $9,100.00 | $9,100.00 |
| Utilities (Electricity, Water, Gas, Trash) | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 |
| Insurance(Health & Building) | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 |
| Repairs & Maintenance | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 |
| Supplies/Chemicals | $5,300.00 | $5,300.00 | $5,300.00 | $5,300.00 | $5,300.00 | $5,300.00 | $5,300.00 | $5,300.00 | $5,300.00 | $5,300.00 | $5,300.00 | $5,300.00 |
| Food/Liquor Costs | $3,800.00 | $3,800.00 | $3,800.00 | $3,800.00 | $3,800.00 | $3,800.00 | $3,800.00 | $3,800.00 | $3,800.00 | $3,800.00 | $3,800.00 | $3,800.00 |
| Legal/Accounting | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 |
| Telephone/Cable/Internet | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 |
| **TOTAL EXPENSES** | $86,100.00 | $86,100.00 | $86,100.00 | $86,100.00 | $86,100.00 | $86,100.00 | $86,100.00 | $86,100.00 | $86,100.00 | $86,100.00 | $86,100.00 | $86,100.00 |
| **PLAN PAYMENTS   CLASS** | | | | | | | | | | | | |
| N/A  Administrative Expenses and US Trustee Fees | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 |
| 2  Allowed Secured Claims of PNC Bank | | | | | | | | | | | | |
| Principal and Interest on Loan | $43,300.00 | $43,300.00 | $43,300.00 | $43,300.00 | $43,300.00 | $43,300.00 | $43,300.00 | $43,300.00 | $43,300.00 | $43,300.00 | $43,300.00 | $43,300.00 |
| Property Tax and Insurance | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 |
| 2  Secured Claims SBA Loan | $731.00 | $731.00 | $731.00 | $731.00 | $731.00 | $731.00 | $731.00 | $731.00 | $731.00 | $731.00 | $731.00 | $731.00 |
| Unsecured Creditors | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 |
| **TOTAL PLAN PAYMENTS** | $61,760.69 | $61,760.69 | $61,760.69 | $61,760.69 | $61,760.69 | $61,760.69 | $61,760.69 | $61,760.69 | $61,760.69 | $61,760.69 | $61,760.69 | $61,760.69 |
| **NET INCOME** | $102,139.31 | $142,139.31 | $142,139.31 | $182,139.31 | $122,139.31 | $142,139.31 | $102,139.31 | $102,139.31 | $92,139.31 | $132,139.31 | $132,139.31 | $72,139.31 |
| **CUMULATIVE INCOME** | $2,442,927.00 | $2,585,066.31 | $2,727,205.62 | $2,909,344.93 | $3,031,484.24 | $3,173,623.55 | $3,275,762.86 | $3,377,902.17 | $3,470,041.48 | $3,602,180.79 | $3,734,320.10 | $3,806,459.41 |