UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF
TEXAS
HOUSTON DIVISION

Case number   20-34408

In re:  KEIV HOSPITALITY, LLC

Taxpayer number:  XXXXXXX0775

WITHDRAWAL OF
CLAIM # 2
PRIORITY PROOF OF CLAIM

Name of Creditor:  Texas Comptroller of Public Accounts

Send notices to:  Office of the Attorney General
Bankuptcy & Collections Division MC-008
P.O. Box 12548
Austin, TX 78711-2548
Phone:  512-463-2173

1. DATE OF CLAIM:  09/16/2020

2. TOTAL AMOUNT OF CLAIM:  $ 7,693.20
   FRANCHISE TAX CH. 171

3. DATE DEBT WAS INCURRED:  01/01/2020

4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date:  01/21/2021

/S/ LORETTA HERNANDEZ
LORETTA HERNANDEZ
Accounts Examiner
Revenue Accounting Division
Texas Comptroller of Public Accounts
512-463-4510

Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. secs. 152 and 3571

Form VT-359 (Rev.8-19/7)