CHAPTER 11 DEBTOR PROJECTIONS                                   KEIV HOSPITALITY 2021

|  | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 |
| **INCOME** | | | | | | | | | | | | |
| Room Revenue | | | $89,550.00 | $94,525.00 | $99,500.00 | $104,475.00 | $109,450.00 | $114,425.00 | $104,475.00 | $114,425.00 | $119,400.00 | $99,500.00 |
| Meeting Room/Suite Shop | | | $450.00 | $475.00 | $500.00 | $525.00 | $550.00 | $575.00 | $525.00 | $575.00 | $600.00 | $500.00 |
| Net Income | | | $90,000.00 | $95,000.00 | $100,000.00 | $105,000.00 | $110,000.00 | $115,000.00 | $105,000.00 | $115,000.00 | $120,000.00 | $100,000.00 |
| **EXPENSES** | | | | | | | | | | | | |
| Net Payroll incl. Payroll taxes | | | $24,000.00 | $24,000.00 | $24,000.00 | $24,000.00 | $24,000.00 | $24,000.00 | $24,000.00 | $24,000.00 | $24,000.00 | $24,000.00 |
| Office & Administrative Expenses | | | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 |
| Credit Card Fees/Other Dues & Taxes | | | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 |
| Franchise Fees/Royalties/Commission Hilton | | | $8,059.00 | $8,507.00 | $8,955.00 | $9,402.00 | $9,850.00 | $10,298.00 | $9,402.00 | $10,298.00 | $10,746.00 | $8,955.00 |
| Utilities (Electricity, Water, Gas, Trash) | | | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| Insurance(Health & Building) | | | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 |
| Repairs & Maintenance | | | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 |
| Supplies/Chemicals | | | $5,373.00 | $5,671.00 | $5,970.00 | $6,268.00 | $6,567.00 | $6,865.00 | $6,268.00 | $6,865.00 | $7,164.00 | $5,970.00 |
| Food Costs | | | $3,582.00 | $3,781.00 | $3,980.00 | $4,179.00 | $4,378.00 | $4,577.00 | $4,179.00 | $4,179.00 | $4,776.00 | $3,980.00 |
| Legal/Accounting | | | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 |
| Telephone/Cable/Internet | | | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 |
| **TOTAL EXPENSES** | | | $58,664.00 | $59,609.00 | $60,555.00 | $61,499.00 | $62,445.00 | $63,390.00 | $61,499.00 | $62,992.00 | $64,336.00 | $60,555.00 |
| **PLAN PAYMENTS   CLASS** | | | | | | | | | | | | |
| 2  Allowed Secured Claims of PNC Bank | | | | | | | | | | | | |
| Principal and Interest on Loan | | | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 |
| Property Tax and Insurance | | | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 |
| 2  Secured Claims SBA Loan | | | $ - | $ - | $731.00 | $731.00 | $731.00 | $731.00 | $731.00 | $731.00 | $731.00 | $731.00 |
| Hilton Pre-petition Franchise fees | | | | | | $6,888.00 | $6,888.00 | $6,888.00 | $6,888.00 | $6,888.00 | $6,888.00 | $ - |
| Unsecured Creditors | | | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 |
| **TOTAL PLAN PAYMENTS** | | | $24,179.69 | $24,179.69 | $24,910.69 | $31,798.69 | $31,798.69 | $31,798.69 | $31,798.69 | $31,798.69 | $31,798.69 | $24,910.69 |
| **NET INCOME** | | | $7,156.31 | $11,211.31 | $14,534.31 | $11,702.31 | $15,756.31 | $19,811.31 | $11,702.31 | $20,209.31 | $23,865.31 | $14,534.31 |
| **CUMULATIVE INCOME** | | | $7,156.31 | $18,367.62 | $32,901.93 | $44,604.24 | $60,360.55 | $80,171.86 | $91,874.17 | $112,083.48 | $135,948.79 | $150,483.10 |

| | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Month 13 | Month 14 | Month 15 | Month 16 | Month 17 | Month 18 | Month 19 | Month 20 | Month 21 | Month 22 | Month 23 | Month 24 |
| **INCOME** | | | | | | | | | | | | |
| Room Revenue | $ 96,515.00 | $ 114,425.00 | $ 129,350.00 | $ 149,250.00 | $ 119,400.00 | $ 129,350.00 | $ 119,400.00 | $ 96,515.00 | $ 109,450.00 | $ 129,350.00 | $ 129,350.00 | $ 89,550.00 |
| Meeting Rm & Suite Shop | $ 485.00 | $ 575.00 | $ 650.00 | $ 750.00 | $ 600.00 | $ 650.00 | $ 600.00 | $ 485.00 | $ 550.00 | $ 650.00 | $ 650.00 | $ 450.00 |
| Net Income | $ 97,000.00 | $ 115,000.00 | $ 130,000.00 | $ 150,000.00 | $ 120,000.00 | $ 130,000.00 | $ 120,000.00 | $ 97,000.00 | $ 110,000.00 | $ 130,000.00 | $ 130,000.00 | $ 90,000.00 |
| **EXPENSES** | | | | | | | | | | | | |
| Net Payroll incl. Payroll taxes | $ 24,000.00 | $ 24,000.00 | $ 24,000.00 | $ 24,000.00 | $ 24,000.00 | $ 24,000.00 | $ 24,000.00 | $ 24,000.00 | $ 24,000.00 | $ 24,000.00 | $ 24,000.00 | $ 24,000.00 |
| Office & Administrative Expenses | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 |
| Credit Card Fees/Other Dues & Taxes | $ 1,850.00 | $ 1,850.00 | $ 1,850.00 | $ 1,850.00 | $ 1,850.00 | $ 1,850.00 | $ 1,850.00 | $ 1,850.00 | $ 1,850.00 | $ 1,850.00 | $ 1,850.00 | $ 1,850.00 |
| Franchise Fees/Royalties/Commission Hilton | $ 8,686.00 | $ 10,298.00 | $ 11,641.00 | $ 13,432.00 | $ 10,746.00 | $ 11,641.00 | $ 10,746.00 | $ 8,686.00 | $ 9,850.00 | $ 11,641.50 | $ 11,641.50 | $ 8,059.00 |
| Utilities (Electricity, Water, Gas, Trash) | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 |
| Insurance(Health & Building) | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 |
| Repairs & Maintenance | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 |
| Supplies/Chemicals | $ 5,790.00 | $ 6,865.00 | $ 7,761.00 | $ 8,955.00 | $ 7,164.00 | $ 7,761.00 | $ 7,164.00 | $ 5,790.00 | $ 6,567.00 | $ 7,761.00 | $ 7,761.00 | $ 5,373.00 |
| Food Costs | $ 3,860.00 | $ 4,577.00 | $ 5,174.00 | $ 5,970.00 | $ 4,776.00 | $ 5,174.00 | $ 4,776.00 | $ 3,860.00 | $ 4,378.00 | $ 5,174.00 | $ 5,174.00 | $ 3,582.00 |
| Legal/Accounting | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 |
| Telephone/Cable/Internet | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 |
| **TOTAL EXPENSES** | $ 59,986.00 | $ 63,390.00 | $ 66,226.00 | $ 70,007.00 | $ 64,336.00 | $ 66,226.00 | $ 64,336.00 | $ 59,986.00 | $ 62,445.00 | $ 66,226.50 | $ 66,226.50 | $ 58,664.00 |
| **PLAN PAYMENTS   CLASS** | | | | | | | | | | | | |
| 2 Allowed Secured Claims of PNC Bank | | | | | | | | | | | | |
| Principal and Interest on Loan | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 |
| Property Tax and Insurance | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 |
| 2 Secured Claims SBA Loan | $ 731.00 | $ 731.00 | $ 731.00 | $ 731.00 | $ 731.00 | $ 731.00 | $ 731.00 | $ 731.00 | $ 731.00 | $ 731.00 | $ 731.00 | $ 731.00 |
| Unsecured Creditors | $ 179.69 | $ 179.69 | $ 179.69 | $ 179.69 | $ 179.69 | $ 179.69 | $ 179.69 | $ 179.69 | $ 179.69 | $ 179.69 | $ 179.69 | $ 179.69 |
| **TOTAL PLAN PAYMENTS** | $ 24,910.69 | $ 24,910.69 | $ 24,910.69 | $ 24,910.69 | $ 24,910.69 | $ 24,910.69 | $ 24,910.69 | $ 24,910.69 | $ 24,910.69 | $ 24,910.69 | $ 24,910.69 | $ 24,910.69 |
| **NET INCOME** | $ 12,103.31 | $ 26,699.31 | $ 38,863.31 | $ 55,082.31 | $ 30,753.31 | $ 38,863.31 | $ 30,753.31 | $ 12,103.31 | $ 22,644.31 | $ 38,862.81 | $ 38,862.81 | $ 6,425.31 |
| **CUMULATIVE INCOME** | $ 164,563.00 | $ 191,262.31 | $ 230,125.62 | $ 285,207.93 | $ 315,961.24 | $ 354,824.55 | $ 385,577.86 | $ 397,681.17 | $ 420,325.48 | $ 459,188.29 | $ 498,051.10 | $ 504,476.41 |

Case 20-34408   Document 143-3   Filed in TXSB on 02/19/21   Page 3 of 5
CHAPTER 11 DEBTOR PROJECTIONS                               KEIV HOSPITALITY LLC 2023

| | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Month 25 | Month 26 | Month 27 | Month 28 | Month 29 | Month 30 | Month 31 | Month 32 | Month 33 | Month 34 | Month 35 | Month 36 |
| **INCOME** | | | | | | | | | | | | |
| Room Revenue | $ 107,000.00 | $ 125,000.00 | $ 140,000.00 | $ 160,000.00 | $ 130,000.00 | $ 140,000.00 | $ 130,000.00 | $ 107,000.00 | $ 120,000.00 | $ 140,000.00 | $ 140,000.00 | $ 100,000.00 |
| Misc Sales (Meeting/Suite Shop) | | | | | | | | | | | | |
| Other Income | | | | | | | | | | | | |
| Net Income | $ 107,000.00 | $ 125,000.00 | $ 140,000.00 | $ 160,000.00 | $ 130,000.00 | $ 140,000.00 | $ 130,000.00 | $ 107,000.00 | $ 120,000.00 | $ 140,000.00 | $ 140,000.00 | $ 100,000.00 |
| **EXPENSES** | | | | | | | | | | | | |
| Net Payroll incl. Payroll taxes | $ 24,000.00 | $ 24,000.00 | $ 24,000.00 | $ 24,000.00 | $ 24,000.00 | $ 24,000.00 | $ 24,000.00 | $ 24,000.00 | $ 24,000.00 | $ 24,000.00 | $ 24,000.00 | $ 24,000.00 |
| Office & Administrative Expenses | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 |
| Credit Card Fees/Other Dues & Taxes | $ 1,850.00 | $ 1,850.00 | $ 1,850.00 | $ 1,850.00 | $ 1,850.00 | $ 1,850.00 | $ 1,850.00 | $ 1,850.00 | $ 1,850.00 | $ 1,850.00 | $ 1,850.00 | $ 1,850.00 |
| Franchise Fees/Royalties/Commission Hilton | $ 7,900.00 | $ 7,900.00 | $ 7,900.00 | $ 7,900.00 | $ 7,900.00 | $ 7,900.00 | $ 7,900.00 | $ 7,900.00 | $ 7,900.00 | $ 7,900.00 | $ 7,900.00 | $ 7,900.00 |
| Utilities (Electricity, Water, Gas, Trash) | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 |
| Insurance(Health & Building) | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 |
| Repairs & Maintenance | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 |
| Supplies/Chemicals | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 |
| Food Costs | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 |
| Legal/Accounting | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 |
| Telephone/Cable/Internet | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 |
| TOTAL EXPENSES | $ 54,450.00 | $ 54,450.00 | $ 54,450.00 | $ 54,450.00 | $ 54,450.00 | $ 54,450.00 | $ 54,450.00 | $ 54,450.00 | $ 54,450.00 | $ 54,450.00 | $ 54,450.00 | $ 54,450.00 |
| **PLAN PAYMENTS   CLASS** | | | | | | | | | | | | |
| N/A  Administrative Expenses and US Trustee Fees | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 |
| 2  Allowed Secured Claims of PNC Bank | | | | | | | | | | | | |
| Principal and Interest on Loan | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 |
| Property Tax and Insurance | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 |
| 2  Secured Claims SBA Loan | $ 731.00 | $ 731.00 | $ 731.00 | $ 731.00 | $ 731.00 | $ 731.00 | $ 731.00 | $ 731.00 | $ 731.00 | $ 731.00 | $ 731.00 | $ 731.00 |
| Unsecured Creditors | $ 179.69 | $ 179.69 | $ 179.69 | $ 179.69 | $ 179.69 | $ 179.69 | $ 179.69 | $ 179.69 | $ 179.69 | $ 179.69 | $ 179.69 | $ 179.69 |
| **TOTAL PLAN PAYMENTS** | $ 25,460.69 | $ 25,460.69 | $ 25,460.69 | $ 25,460.69 | $ 25,460.69 | $ 25,460.69 | $ 25,460.69 | $ 25,460.69 | $ 25,460.69 | $ 25,460.69 | $ 25,460.69 | $ 25,460.69 |
| **NET INCOME** | $ 27,089.31 | $ 45,089.31 | $ 60,089.31 | $ 80,089.31 | $ 50,089.31 | $ 60,089.31 | $ 50,089.31 | $ 27,089.31 | $ 40,089.31 | $ 60,089.31 | $ 60,089.31 | $ 20,089.31 |
| **CUMULATIVE INCOME** | $ 715,111.00 | $ 760,200.31 | $ 820,289.62 | $ 900,378.93 | $ 950,468.24 | $ 1,010,557.55 | $ 1,060,646.86 | $ 1,087,736.17 | $ 1,127,825.48 | $ 1,187,914.79 | $ 1,248,004.10 | $ 1,268,093.41 |

| | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Month 37 | Month 38 | Month 39 | Month 40 | Month 41 | Month 42 | Month 43 | Month 44 | Month 45 | Month 46 | Month 47 | Month 48 |
| **INCOME** | | | | | | | | | | | | |
| Room Revenue | $ 120,000.00 | $ 145,000.00 | $ 180,000.00 | $ 160,000.00 | $ 140,000.00 | $ 145,000.00 | $ 135,000.00 | $ 140,000.00 | $ 115,000.00 | $ 130,000.00 | $ 140,000.00 | $ 110,000.00 |
| Misc Sales (Meeting/Suite Shop) | | | | | | | | | | | | |
| Other Income | | | | | | | | | | | | |
| Net Income | $ 120,000.00 | $ 145,000.00 | $ 180,000.00 | $ 160,000.00 | $ 140,000.00 | $ 145,000.00 | $ 135,000.00 | $ 140,000.00 | $ 115,000.00 | $ 130,000.00 | $ 140,000.00 | $ 110,000.00 |
| **EXPENSES** | | | | | | | | | | | | |
| Net Payroll incl. Payroll taxes | $ 24,000.00 | $ 24,000.00 | $ 24,000.00 | $ 24,000.00 | $ 24,000.00 | $ 24,000.00 | $ 24,000.00 | $ 24,000.00 | $ 24,000.00 | $ 24,000.00 | $ 24,000.00 | $ 24,000.00 |
| Office & Administrative Expenses | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 |
| Credit Card Fees/Other Dues & Taxes | $ 1,850.00 | $ 1,850.00 | $ 1,850.00 | $ 1,850.00 | $ 1,850.00 | $ 1,850.00 | $ 1,850.00 | $ 1,850.00 | $ 1,850.00 | $ 1,850.00 | $ 1,850.00 | $ 1,850.00 |
| Franchise Fees/Royalties/Commission Hilton | $ 7,900.00 | $ 7,900.00 | $ 7,900.00 | $ 7,900.00 | $ 7,900.00 | $ 7,900.00 | $ 7,900.00 | $ 7,900.00 | $ 7,900.00 | $ 7,900.00 | $ 7,900.00 | $ 7,900.00 |
| Utilities (Electricity, Water, Gas, Trash) | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 | $ 6,000.00 |
| Insurance(Health & Building) | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 |
| Repairs & Maintenance | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 | $ 2,400.00 |
| Supplies/Chemicals | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 | $ 3,400.00 |
| Food Costs | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 |
| Legal/Accounting | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 | $ 600.00 |
| Telephone/Cable/Internet | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 |
| **TOTAL EXPENSES** | $ 54,450.00 | $ 54,450.00 | $ 54,450.00 | $ 54,450.00 | $ 54,450.00 | $ 54,450.00 | $ 54,450.00 | $ 54,450.00 | $ 54,450.00 | $ 54,450.00 | $ 54,450.00 | $ 54,450.00 |
| **PLAN PAYMENTS   CLASS** | | | | | | | | | | | | |
| N/A  Administrative Expenses and US Trustee Fees | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 | $ 550.00 |
| 2  Allowed Secured Claims of PNC Bank | | | | | | | | | | | | |
| Principal and Interest on Loan | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 | $ 15,000.00 |
| Property Tax and Insurance | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 |
| 2  Secured Claims SBA Loan | $ 731.00 | $ 731.00 | $ 731.00 | $ 731.00 | $ 731.00 | $ 731.00 | $ 731.00 | $ 731.00 | $ 731.00 | $ 731.00 | $ 731.00 | $ 731.00 |
| Unsecured Creditors | $ 179.69 | $ 179.69 | $ 179.69 | $ 179.69 | $ 179.69 | $ 179.69 | $ 179.69 | $ 179.69 | $ 179.69 | $ 179.69 | $ 179.69 | $ 179.69 |
| **TOTAL PLAN PAYMENTS** | $ 25,460.69 | $ 25,460.69 | $ 25,460.69 | $ 25,460.69 | $ 25,460.69 | $ 25,460.69 | $ 25,460.69 | $ 25,460.69 | $ 25,460.69 | $ 25,460.69 | $ 25,460.69 | $ 25,460.69 |
| **NET INCOME** | $ 40,089.31 | $ 65,089.31 | $ 100,089.31 | $ 80,089.31 | $ 60,089.31 | $ 65,089.31 | $ 55,089.31 | $ 60,089.31 | $ 35,089.31 | $ 50,089.31 | $ 60,089.31 | $ 30,089.31 |
| **CUMULATIVE INCOME** | $ 1,310,339.00 | $ 1,364,789.00 | $ 1,464,878.31 | $ 1,544,967.62 | $ 1,605,056.93 | $ 1,670,146.24 | $ 1,725,235.55 | $ 1,785,324.86 | $ 1,820,414.17 | $ 1,870,503.48 | $ 1,930,592.79 | $ 1,960,682.10 |

| | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Month 49 | Month 50 | Month 51 | Month 52 | Month 53 | Month 54 | Month 55 | Month 56 | Month 57 | Month 58 | Month 59 | Month 60 |
| **INCOME** | | | | | | | | | | | | |
| Room Revenue | $115,000.00 | $140,000.00 | $170,000.00 | $150,000.00 | $140,000.00 | $140,000.00 | $140,000.00 | $140,000.00 | $120,000.00 | $130,000.00 | $140,000.00 | $115,000.00 |
| Misc Sales (Meeting/Suite Shop) | | | | | | | | | | | | |
| Other Income | | | | | | | | | | | | |
| Net Income | $115,000.00 | $140,000.00 | $170,000.00 | $150,000.00 | $140,000.00 | $140,000.00 | $140,000.00 | $140,000.00 | $120,000.00 | $130,000.00 | $140,000.00 | $115,000.00 |
| **EXPENSES** | | | | | | | | | | | | |
| Net Payroll incl. Payroll taxes | $24,000.00 | $24,000.00 | $24,000.00 | $24,000.00 | $24,000.00 | $24,000.00 | $24,000.00 | $24,000.00 | $24,000.00 | $24,000.00 | $24,000.00 | $24,000.00 |
| Office & Administrative Expenses | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 |
| Credit Card Fees/Other Dues & Taxes | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 | $1,850.00 |
| Franchise Fees/Royalties/Commission Hilton | $7,900.00 | $7,900.00 | $7,900.00 | $7,900.00 | $7,900.00 | $7,900.00 | $7,900.00 | $7,900.00 | $7,900.00 | $7,900.00 | $7,900.00 | $7,900.00 |
| Utilities (Electricity, Water, Gas, Trash) | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| Insurance(Health & Building) | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 |
| Repairs & Maintenance | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 | $2,400.00 |
| Supplies/Chemicals | $3,400.00 | $3,400.00 | $3,400.00 | $3,400.00 | $3,400.00 | $3,400.00 | $3,400.00 | $3,400.00 | $3,400.00 | $3,400.00 | $3,400.00 | $3,400.00 |
| Food Costs | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| Legal/Accounting | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 |
| Telephone/Cable/Internet | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 |
| **TOTAL EXPENSES** | $54,450.00 | $54,450.00 | $54,450.00 | $54,450.00 | $54,450.00 | $54,450.00 | $54,450.00 | $54,450.00 | $54,450.00 | $54,450.00 | $54,450.00 | $54,450.00 |
| **PLAN PAYMENTS   CLASS** | | | | | | | | | | | | |
| N/A Administrative Expenses and US Trustee Fees | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 |
| 2 Allowed Secured Claims of PNC Bank | | | | | | | | | | | | |
| Principal and Interest on Loan | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 | $15,000.00 |
| Property Tax and Insurance | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 | $9,000.00 |
| 2 Secured Claims SBA Loan | $731.00 | $731.00 | $731.00 | $731.00 | $731.00 | $731.00 | $731.00 | $731.00 | $731.00 | $731.00 | $731.00 | $731.00 |
| Unsecured Creditors | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 |
| **TOTAL PLAN PAYMENTS** | $25,460.69 | $25,460.69 | $25,460.69 | $25,460.69 | $25,460.69 | $25,460.69 | $25,460.69 | $25,460.69 | $25,460.69 | $25,460.69 | $25,460.69 | $25,460.69 |
| **NET INCOME** | $35,089.31 | $60,089.31 | $90,089.31 | $70,089.31 | $60,089.31 | $60,089.31 | $60,089.31 | $60,089.31 | $40,089.31 | $50,089.31 | $60,089.31 | $35,089.31 |
| **CUMULATIVE INCOME** | $1,997,748.00 | $2,057,837.31 | $2,147,926.62 | $2,218,015.93 | $2,278,105.24 | $2,338,194.55 | $2,398,283.86 | $2,458,373.17 | $2,498,462.48 | $2,548,551.79 | $2,608,641.10 | $2,643,730.41 |