CHAPTER 11 DEBTOR PROJECTIONS  
KEIVANS HOSPITALITY INC 2021  
PAGE

| | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 | Month 11 | Month 12 |
| **INCOME** | | | | | | | | | | | | |
| Room Revenue | | | $ 119,200.00 | $ 137,500.00 | $ 145,600.00 | $ 154,700.00 | $ 163,800.00 | $ 163,800.00 | $ 163,800.00 | $ 191,100.00 | $ 191,100.00 | $ 154,700.00 |
| Restaurant & Liquor Sales | | | $ 6,000.00 | $ 7,500.00 | $ 8,000.00 | $ 8,500.00 | $ 9,000.00 | $ 9,000.00 | $ 9,000.00 | $ 10,500.00 | $ 10,500.00 | $ 8,500.00 |
| Misc Sales/ Meeting Rm & Suite Shop | | | $ 4,800.00 | $ 6,000.00 | $ 6,400.00 | $ 6,800.00 | $ 7,200.00 | $ 7,200.00 | $ 7,200.00 | $ 8,400.00 | $ 8,400.00 | $ 6,800.00 |
| Net Income | | | $ 130,000.00 | $ 151,000.00 | $ 160,000.00 | $ 170,000.00 | $ 180,000.00 | $ 180,000.00 | $ 180,000.00 | $ 210,000.00 | $ 210,000.00 | $ 170,000.00 |
| **EXPENSES** | | | | | | | | | | | | |
| Net Payroll incl. Payroll taxes | | | $ 45,000.00 | $ 45,000.00 | $ 46,000.00 | $ 50,000.00 | $ 53,000.00 | $ 53,000.00 | $ 53,000.00 | $ 57,000.00 | $ 57,000.00 | $ 48,000.00 |
| Office & Administrative Expenses | | | $ 900.00 | $ 900.00 | $ 900.00 | $ 900.00 | $ 900.00 | $ 900.00 | $ 900.00 | $ 900.00 | $ 900.00 | $ 900.00 |
| Credit Card Fees/Other Dues & Taxes | | | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 | $ 3,000.00 |
| Franchise Fees/Royalties/Commission Hilton | | | $ 12,012.00 | $ 15,015.00 | $ 16,016.00 | $ 17,017.00 | $ 18,018.00 | $ 18,018.00 | $ 18,018.00 | $ 21,021.00 | $ 21,021.00 | $ 17,017.00 |
| Utilities (Electricity, Water, Gas, Trash) | | | $ 7,000.00 | $ 7,000.00 | $ 7,000.00 | $ 7,000.00 | $ 7,000.00 | $ 7,000.00 | $ 7,000.00 | $ 7,000.00 | $ 7,000.00 | $ 7,000.00 |
| Insurance(Health & Building) | | | $ 4,200.00 | $ 4,200.00 | $ 4,200.00 | $ 4,200.00 | $ 4,200.00 | $ 4,200.00 | $ 4,200.00 | $ 4,200.00 | $ 4,200.00 | $ 4,200.00 |
| Repairs & Maintenance | | | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 |
| Supplies/Chemicals | | | $ 6,552.00 | $ 7,190.00 | $ 8,736.00 | $ 9,282.00 | $ 9,828.00 | $ 9,828.00 | $ 9,828.00 | $ 11,465.00 | $ 11,465.00 | $ 9,282.00 |
| Food/Liquor Costs | | | $ 1,260.00 | $ 1,575.00 | $ 1,680.00 | $ 1,785.00 | $ 1,890.00 | $ 1,890.00 | $ 1,890.00 | $ 2,205.00 | $ 2,205.00 | $ 1,785.00 |
| Legal/Accounting | | | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 | $ 800.00 |
| Telephone/Cable/Internet | | | $ 6,500.00 | $ 6,500.00 | $ 6,500.00 | $ 6,500.00 | $ 6,500.00 | $ 6,500.00 | $ 6,500.00 | $ 6,500.00 | $ 6,500.00 | $ 6,500.00 |
| **TOTAL EXPENSES** | | | $ 90,724.00 | $ 94,680.00 | $ 98,332.00 | $ 103,984.00 | $ 108,636.00 | $ 108,636.00 | $ 108,636.00 | $ 117,591.00 | $ 117,591.00 | $ 101,984.00 |
| **PLAN PAYMENTS    CLASS** | | | | | | | | | | | | |
| 2 Allowed Secured Claims of PNC Bank | | | | | | | | | | | | |
| Principal and Interest on Loan | | | $ 43,300.00 | $ 43,300.00 | $ 43,300.00 | $ 43,300.00 | $ 43,300.00 | $ 43,300.00 | $ 43,300.00 | $ 43,300.00 | $ 43,300.00 | $ 43,300.00 |
| Property Tax and Insurance | | | $ 17,000.00 | $ 17,000.00 | $ 17,000.00 | $ 17,000.00 | $ 17,000.00 | $ 17,000.00 | $ 17,000.00 | $ 17,000.00 | $ 17,000.00 | $ 17,000.00 |
| 2 Secured Claims SBA Loan | | | $ - | $ - | $ 731.00 | $ 731.00 | $ 731.00 | $ 731.00 | $ 731.00 | $ 731.00 | $ 731.00 | $ 731.00 |
| Unsecured Creditors | | | $ 179.69 | $ 179.69 | $ 179.69 | $ 179.69 | $ 179.69 | $ 179.69 | $ 179.69 | $ 179.69 | $ 179.69 | $ 179.69 |
| Hilton Pre-petition franchise fees | | | $ - | $ - | $ - | $ 11,079.73 | $ 11,079.73 | $ 11,079.73 | $ 11,079.73 | $ 11,079.73 | $ 11,079.73 | $ - |
| **TOTAL PLAN PAYMENTS** | | | $ 60,479.69 | $ 60,479.69 | $ 61,210.69 | $ 72,290.42 | $ 72,290.42 | $ 72,290.42 | $ 72,290.42 | $ 72,290.42 | $ 72,290.42 | $ 61,210.69 |
| **NET INCOME** | | | $ (21,203.69) | $ (4,159.69) | $ 457.31 | $ (6,274.42) | $ (926.42) | $ (926.42) | $ (926.42) | $ 20,118.58 | $ 20,118.58 | $ 6,805.31 |
| **CUMULATIVE INCOME** | | | $ (21,203.69) | $ (25,363.38) | $ (24,906.07) | $ (31,180.49) | $ (32,106.91) | $ (33,033.33) | $ (33,959.75) | $ (13,841.17) | $ 6,277.41 | $ 13,082.72 |

| | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Month 13 | Month 14 | Month 15 | Month 16 | Month 17 | Month 18 | Month 19 | Month 20 | Month 21 | Month 22 | Month 23 | Month 24 |
| **INCOME** | | | | | | | | | | | | |
| Room Revenue | $154,700.00 | $163,800.00 | $172,900.00 | $200,200.00 | $209,300.00 | $200,200.00 | $182,000.00 | $172,900.00 | $163,800.00 | $209,300.00 | $227,500.00 | $163,800.00 |
| Restaurant & Liquor Sales | $8,500.00 | $9,000.00 | $9,500.00 | $11,000.00 | $11,500.00 | $11,000.00 | $10,000.00 | $9,500.00 | $9,000.00 | $11,500.00 | $12,500.00 | $9,000.00 |
| Misc Sales/ Meeting Rm & Suite Shop | $6,800.00 | $7,200.00 | $7,600.00 | $8,800.00 | $9,200.00 | $8,800.00 | $8,000.00 | $7,600.00 | $7,200.00 | $9,200.00 | $10,000.00 | $7,200.00 |
| Net Income | $170,000.00 | $180,000.00 | $190,000.00 | $220,000.00 | $230,000.00 | $220,000.00 | $200,000.00 | $190,000.00 | $180,000.00 | $230,000.00 | $250,000.00 | $180,000.00 |
| **EXPENSES** | | | | | | | | | | | | |
| Net Payroll incl. Payroll taxes | $50,000.00 | $55,000.00 | $57,000.00 | $62,000.00 | $63,000.00 | $62,000.00 | $58,000.00 | $57,000.00 | $55,000.00 | $63,000.00 | $64,000.00 | $55,000.00 |
| Office & Administrative Expenses | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 |
| Credit Card Fees/Other Dues & Taxes | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| Franchise Fees/Royalties/Commission Hilton | $17,017.00 | $18,018.00 | $19,019.00 | $22,022.00 | $23,023.00 | $22,022.00 | $22,000.00 | $19,019.00 | $18,018.00 | $22,022.00 | $25,025.00 | $18,018.00 |
| Utilities (Electricity, Water, Gas, Trash) | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 |
| Insurance(Health & Building) | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 |
| Repairs & Maintenance | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 |
| Supplies/Chemicals | $9,282.00 | $9,828.00 | $10,374.00 | $12,012.00 | $12,558.00 | $12,012.00 | $12,000.00 | $10,374.00 | $9,828.00 | $12,012.00 | $13,650.00 | $9,828.00 |
| Food/Liquor Costs | $1,785.00 | $1,890.00 | $1,990.00 | $2,310.00 | $2,415.00 | $2,310.00 | $2,100.00 | $1,990.00 | $1,890.00 | $2,310.00 | $2,625.00 | $1,890.00 |
| Legal/Accounting | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 |
| Telephone/Cable/Internet | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 |
| **TOTAL EXPENSES** | $103,984.00 | $110,636.00 | $114,283.00 | $124,244.00 | $126,896.00 | $124,244.00 | $120,000.00 | $114,283.00 | $110,636.00 | $125,244.00 | $131,200.00 | $110,636.00 |
| **PLAN PAYMENTS   CLASS** | | | | | | | | | | | | |
| 2  Allowed Secured Claims of PNC Bank | | | | | | | | | | | | |
| Principal and Interest on Loan | $43,300.00 | $43,300.00 | $43,300.00 | $43,300.00 | $43,300.00 | $43,300.00 | $43,300.00 | $43,300.00 | $43,300.00 | $43,300.00 | $43,300.00 | $43,300.00 |
| Property Tax and Insurance | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 |
| 2  Secured Claims SBA Loan | $731.00 | $731.00 | $731.00 | $731.00 | $731.00 | $731.00 | $731.00 | $731.00 | $731.00 | $731.00 | $731.00 | $731.00 |
| Unsecured Creditors | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 |
| **TOTAL PLAN PAYMENTS** | $61,210.69 | $61,210.69 | $61,210.69 | $61,210.69 | $61,210.69 | $61,210.69 | $61,210.69 | $61,210.69 | $61,210.69 | $61,210.69 | $61,210.69 | $61,210.69 |
| **NET INCOME** | $4,805.31 | $8,153.31 | $14,506.31 | $34,545.31 | $41,893.31 | $34,545.31 | $18,789.31 | $14,506.31 | $8,153.31 | $43,545.31 | $57,589.31 | $8,153.31 |
| **CUMULATIVE INCOME** | $19,864.62 | $28,017.93 | $42,524.24 | $77,069.55 | $118,962.86 | $153,508.17 | $172,297.48 | $186,803.79 | $194,957.10 | $238,502.41 | $296,091.72 | $304,245.03 |

CHAPTER 11 DEBTOR PROJECTIONS                                    KEIVANS HOSPITALITY INC 2023                                    PAGE

| | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Month 25 | Month 26 | Month 27 | Month 28 | Month 29 | Month 30 | Month 31 | Month 32 | Month 33 | Month 34 | Month 35 | Month 36 |
| **INCOME** | | | | | | | | | | | | |
| Room Revenue | $195,000.00 | $190,000.00 | $220,000.00 | $250,000.00 | $240,000.00 | $240,000.00 | $220,000.00 | $210,000.00 | $200,000.00 | $250,000.00 | $270,000.00 | $200,000.00 |
| Misc Sales (Meeting/Suite Shop) | | | | | | | | | | | | |
| Other Income | | | | | | | | | | | | |
| Net Income | $195,000.00 | $190,000.00 | $220,000.00 | $250,000.00 | $240,000.00 | $240,000.00 | $220,000.00 | $210,000.00 | $200,000.00 | $250,000.00 | $270,000.00 | $200,000.00 |
| **EXPENSES** | | | | | | | | | | | | |
| Net Payroll incl. Payroll taxes | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 | $42,000.00 |
| Office & Administrative Expenses | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 |
| Credit Card Fees/Other Dues & Taxes | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| Franchise Fees/Royalties/Commission Hilton | $9,100.00 | $9,100.00 | $9,100.00 | $9,100.00 | $9,100.00 | $9,100.00 | $9,100.00 | $9,100.00 | $9,100.00 | $9,100.00 | $9,100.00 | $9,100.00 |
| Utilities (Electricity, Water, Gas, Trash) | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 |
| Insurance(Health & Building) | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 | $4,200.00 |
| Repairs & Maintenance | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 |
| Supplies/Chemicals | $5,300.00 | $5,300.00 | $5,300.00 | $5,300.00 | $5,300.00 | $5,300.00 | $5,300.00 | $5,300.00 | $5,300.00 | $5,300.00 | $5,300.00 | $5,300.00 |
| Food/Liquor Costs | $3,800.00 | $3,800.00 | $3,800.00 | $3,800.00 | $3,800.00 | $3,800.00 | $3,800.00 | $3,800.00 | $3,800.00 | $3,800.00 | $3,800.00 | $3,800.00 |
| Legal/Accounting | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 | $800.00 |
| Telephone/Cable/Internet | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 | $6,500.00 |
| **TOTAL EXPENSES** | $86,100.00 | $86,100.00 | $86,100.00 | $86,100.00 | $86,100.00 | $86,100.00 | $86,100.00 | $86,100.00 | $86,100.00 | $86,100.00 | $86,100.00 | $86,100.00 |
| **PLAN PAYMENTS   CLASS** | | | | | | | | | | | | |
| N/A Administrative Expenses and US Trustee Fees | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 | $550.00 |
| 2 Allowed Secured Claims of PNC Bank | | | | | | | | | | | | |
| Principal and Interest on Loan | $43,300.00 | $43,300.00 | $43,300.00 | $43,300.00 | $43,300.00 | $43,300.00 | $43,300.00 | $43,300.00 | $43,300.00 | $43,300.00 | $43,300.00 | $43,300.00 |
| Property Tax and Insurance | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 | $17,000.00 |
| 2 Secured Claims SBA Loan | $731.00 | $731.00 | $731.00 | $731.00 | $731.00 | $731.00 | $731.00 | $731.00 | $731.00 | $731.00 | $731.00 | $731.00 |
| Unsecured Creditors | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 | $179.69 |
| **TOTAL PLAN PAYMENTS** | $61,760.69 | $61,760.69 | $61,760.69 | $61,760.69 | $61,581.00 | $61,760.69 | $61,760.69 | $61,760.69 | $61,760.69 | $61,760.69 | $61,760.69 | $61,760.69 |
| **NET INCOME** | $47,139.31 | $42,139.31 | $72,139.31 | $102,139.31 | $92,319.00 | $92,139.31 | $72,139.31 | $62,139.31 | $52,139.31 | $102,139.31 | $122,139.31 | $52,139.31 |
| **CUMULATIVE INCOME** | $920,099.00 | $962,238.31 | $1,034,377.62 | $1,136,516.93 | $1,228,835.93 | $1,320,975.24 | $1,393,114.55 | $1,455,253.86 | $1,507,393.17 | $1,609,532.48 | $1,731,671.79 | $1,783,811.10 |

| | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Month 37 | Month 38 | Month 39 | Month 40 | Month 42 | Month 43 | Month 44 | Month 45 | Month 46 | Month 47 | Month 48 | Month 49 |
| **INCOME** | | | | | | | | | | | | |
| Room Revenue | $250,000.00 | 290,000.00 | 290,000.00 | 330,000.00 | 270,000.00 | 290,000.00 | 250,000.00 | 250,000.00 | 240,000.00 | 280,000.00 | 280,000.00 | 220,000.00 |
| Misc Sales (Meeting/Suite Shop) | | | | | | | | | | | | |
| Other Income | | | | | | | | | | | | |
| Net Income | $250,000.00 | 290,000.00 | 290,000.00 | 330,000.00 | 270,000.00 | 290,000.00 | 250,000.00 | 250,000.00 | 240,000.00 | 280,000.00 | 280,000.00 | 220,000.00 |
| **EXPENSES** | | | | | | | | | | | | |
| Net Payroll incl. Payroll taxes | $42,000.00 | 42,000.00 | 42,000.00 | 42,000.00 | 42,000.00 | 42,000.00 | 42,000.00 | 42,000.00 | 42,000.00 | 42,000.00 | 42,000.00 | 42,000.00 |
| Office & Administrative Expenses | $900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 |
| Credit Card Fees/Other Dues & Taxes | $3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 |
| Franchise Fees/Royalties/Commission Hilton | $9,100.00 | 9,100.00 | 9,100.00 | 9,100.00 | 9,100.00 | 9,100.00 | 9,100.00 | 9,100.00 | 9,100.00 | 9,100.00 | 9,100.00 | 9,100.00 |
| Utilities (Electricity, Water, Gas, Trash) | $7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 |
| Insurance(Health & Building) | $4,200.00 | 4,200.00 | 4,200.00 | 4,200.00 | 4,200.00 | 4,200.00 | 4,200.00 | 4,200.00 | 4,200.00 | 4,200.00 | 4,200.00 | 4,200.00 |
| Repairs & Maintenance | $3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 |
| Supplies/Chemicals | $5,300.00 | 5,300.00 | 5,300.00 | 5,300.00 | 5,300.00 | 5,300.00 | 5,300.00 | 5,300.00 | 5,300.00 | 5,300.00 | 5,300.00 | 5,300.00 |
| Food/Liquor Costs | $3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 |
| Legal/Accounting | $800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 |
| Telephone/Cable/Internet | $6,500.00 | 6,500.00 | 6,500.00 | 6,500.00 | 6,500.00 | 6,500.00 | 6,500.00 | 6,500.00 | 6,500.00 | 6,500.00 | 6,500.00 | 6,500.00 |
| **TOTAL EXPENSES** | $86,100.00 | 86,100.00 | 86,100.00 | 86,100.00 | 86,100.00 | 86,100.00 | 86,100.00 | 86,100.00 | 86,100.00 | 86,100.00 | 86,100.00 | 86,100.00 |
| **PLAN PAYMENTS   CLASS** | | | | | | | | | | | | |
| N/A  Administrative Expenses and US Trustee Fees | $550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 |
| 2  Allowed Secured Claims of PNC Bank | | | | | | | | | | | | |
| Principal and Interest on Loan | $43,300.00 | 43,300.00 | 43,300.00 | 43,300.00 | 43,300.00 | 43,300.00 | 43,300.00 | 43,300.00 | 43,300.00 | 43,300.00 | 43,300.00 | 43,300.00 |
| Property Tax and Insurance | $17,000.00 | 17,000.00 | 17,000.00 | 17,000.00 | 17,000.00 | 17,000.00 | 17,000.00 | 17,000.00 | 17,000.00 | 17,000.00 | 17,000.00 | 17,000.00 |
| 2  Secured Claims SBA Loan | $731.00 | 731.00 | 731.00 | 731.00 | 731.00 | 731.00 | 731.00 | 731.00 | 731.00 | 731.00 | 731.00 | 731.00 |
| Unsecured Creditors | $179.69 | 179.69 | 179.69 | 179.69 | 179.69 | 179.69 | 179.69 | 179.69 | 179.69 | 179.69 | 179.69 | 179.69 |
| **TOTAL PLAN PAYMENTS** | $61,760.69 | 61,760.69 | 61,760.69 | 61,760.69 | 61,760.69 | 61,760.69 | 61,760.69 | 61,760.69 | 61,760.69 | 61,760.69 | 61,760.69 | 61,760.69 |
| **NET INCOME** | $102,139.31 | 142,139.31 | 142,139.31 | 182,139.31 | 122,139.31 | 142,139.31 | 102,139.31 | 102,139.31 | 92,139.31 | 132,139.31 | 132,139.31 | 72,139.31 |
| **CUMULATIVE INCOME** | $975,099.00 | 1,117,238.31 | 1,259,377.62 | 1,441,516.93 | 1,563,656.24 | 1,705,795.55 | 1,807,934.86 | 1,910,074.17 | 2,002,213.48 | 2,134,352.79 | 2,266,492.10 | 2,338,631.41 |

| | January | February | March | April | May | June | July | August | September | October | November | December |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Month 37 | Month 38 | Month 39 | Month 40 | Month 42 | Month 43 | Month 44 | Month 45 | Month 46 | Month 47 | Month 48 | Month 49 |
| **INCOME** | | | | | | | | | | | | |
| Room Revenue | $250,000.00 | 290,000.00 | 290,000.00 | 330,000.00 | 270,000.00 | 290,000.00 | 250,000.00 | 250,000.00 | 240,000.00 | 280,000.00 | 280,000.00 | 220,000.00 |
| Misc Sales (Meeting/Suite Shop) | | | | | | | | | | | | |
| Other Income | | | | | | | | | | | | |
| Net Income | $250,000.00 | 290,000.00 | 290,000.00 | 330,000.00 | 270,000.00 | 290,000.00 | 250,000.00 | 250,000.00 | 240,000.00 | 280,000.00 | 280,000.00 | 220,000.00 |
| **EXPENSES** | | | | | | | | | | | | |
| Net Payroll incl. Payroll taxes | $42,000.00 | 42,000.00 | 42,000.00 | 42,000.00 | 42,000.00 | 42,000.00 | 42,000.00 | 42,000.00 | 42,000.00 | 42,000.00 | 42,000.00 | 42,000.00 |
| Office & Administrative Expenses | $900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 | 900.00 |
| Credit Card Fees/Other Dues & Taxes | $3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 |
| Franchise Fees/Royalties/Commission Hilton | $9,100.00 | 9,100.00 | 9,100.00 | 9,100.00 | 9,100.00 | 9,100.00 | 9,100.00 | 9,100.00 | 9,100.00 | 9,100.00 | 9,100.00 | 9,100.00 |
| Utilities (Electricity, Water, Gas, Trash) | $7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 | 7,000.00 |
| Insurance(Health & Building) | $4,200.00 | 4,200.00 | 4,200.00 | 4,200.00 | 4,200.00 | 4,200.00 | 4,200.00 | 4,200.00 | 4,200.00 | 4,200.00 | 4,200.00 | 4,200.00 |
| Repairs & Maintenance | $3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 |
| Supplies/Chemicals | $5,300.00 | 5,300.00 | 5,300.00 | 5,300.00 | 5,300.00 | 5,300.00 | 5,300.00 | 5,300.00 | 5,300.00 | 5,300.00 | 5,300.00 | 5,300.00 |
| Food/Liquor Costs | $3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 | 3,800.00 |
| Legal/Accounting | $800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 |
| Telephone/Cable/Internet | $6,500.00 | 6,500.00 | 6,500.00 | 6,500.00 | 6,500.00 | 6,500.00 | 6,500.00 | 6,500.00 | 6,500.00 | 6,500.00 | 6,500.00 | 6,500.00 |
| **TOTAL EXPENSES** | $86,100.00 | 86,100.00 | 86,100.00 | 86,100.00 | 86,100.00 | 86,100.00 | 86,100.00 | 86,100.00 | 86,100.00 | 86,100.00 | 86,100.00 | 86,100.00 |
| **PLAN PAYMENTS   CLASS** | | | | | | | | | | | | |
| N/A  Administrative Expenses and US Trustee Fees | $550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 |
| 2  Allowed Secured Claims of PNC Bank | | | | | | | | | | | | |
| Principal and Interest on Loan | $43,300.00 | 43,300.00 | 43,300.00 | 43,300.00 | 43,300.00 | 43,300.00 | 43,300.00 | 43,300.00 | 43,300.00 | 43,300.00 | 43,300.00 | 43,300.00 |
| Property Tax and Insurance | $17,000.00 | 17,000.00 | 17,000.00 | 17,000.00 | 17,000.00 | 17,000.00 | 17,000.00 | 17,000.00 | 17,000.00 | 17,000.00 | 17,000.00 | 17,000.00 |
| 2  Secured Claims SBA Loan | $731.00 | 731.00 | 731.00 | 731.00 | 731.00 | 731.00 | 731.00 | 731.00 | 731.00 | 731.00 | 731.00 | 731.00 |
| Unsecured Creditors | $179.69 | 179.69 | 179.69 | 179.69 | 179.69 | 179.69 | 179.69 | 179.69 | 179.69 | 179.69 | 179.69 | 179.69 |
| **TOTAL PLAN PAYMENTS** | $61,760.69 | 61,760.69 | 61,760.69 | 61,760.69 | 61,760.69 | 61,760.69 | 61,760.69 | 61,760.69 | 61,760.69 | 61,760.69 | 61,760.69 | 61,760.69 |
| **NET INCOME** | $102,139.31 | 142,139.31 | 142,139.31 | 182,139.31 | 122,139.31 | 142,139.31 | 102,139.31 | 102,139.31 | 92,139.31 | 132,139.31 | 132,139.31 | 72,139.31 |
| **CUMULATIVE INCOME** | $2,442,927.00 | 2,585,066.31 | $2,727,205.62 | $2,909,344.93 | $3,031,484.24 | $3,173,623.55 | $3,275,762.86 | 3,377,902.17 | 3,470,041.48 | 3,602,180.79 | $3,734,320.10 | $3,806,459.41 |